PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    Email: ann.maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LOUISE GIER,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:16-cv-02803 CMK<br><br>**ORDER** |

Based upon the parties' Stipulation, IT IS ORDERED that Defendant shall have a 30-day extension, or until August 10, 2017, to file her motion and cross-motion for summary judgment. All other deadlines are extended accordingly.

DATED: July 13, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

-1-